Samuel J. Fortier
FORTIER & MIKKO, PC
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Phone: (907) 277-4222
Fax#: (907) 277-4221
e-mail: sfortier@fortmikk.alaska.com
Attorneys for Plaintiff Twin Hills Native Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| TWIN HILLS NATIVE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANECIA KRITZ, )<br>)<br>Defendant. )<br>_____ ) | Case No. _____ |

## CONFESSION OF JUDGMENT WITHOUT ACTION

Defendant Anecia Kritz hereby confesses judgment in favor of Plaintiff Twin Hills Native Corporation ("THNC") in the principal amount of Twenty-Two Thousand Dollars and 00/100's ($22,000), together with interest at the rate of five percent (5%) per annum from January 1, 2005 until paid in full.

This Confession of Judgment is for a debt justly due and owing from Defendant to Plaintiff for $22,000 that Plaintiff deposited with Defendant for the purchase of Defendant's property at a time when Defendant's property was restricted from sale in the

CONFESSION OF JUDGMENT
*Twin Hills Native Corp. v. Anecia Kritz*, Case No. _____
Page 1 of 3

absence of approval through the Secretary of the Interior of the United States of America. Defendant acknowledges that there was no liquidated damages provision, and further that Defendant misrepresented her ability to sell the property and that this misrepresentation induced Plaintiff to pay over the $22,000 to Defendant.

Defendant Anecia Kritz hereby acknowledges said obligation to be past due, delinquent, and subject to immediate collection by Plaintiff hereinabove named. Defendant acknowledges that she is not entitled to any credits or offsets against the amount for which judgment is hereby confessed, and Defendant hereby assents to the entry of judgment upon this confession and to execution thereto. This judgment shall bear interest at the rate of five percent (5%) per annum until paid.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. 1360(b), in that the case arises out of the attempted sale of a Native allotment.

_____
Anecia Kritz

## VERIFICATION OF CONFESSION OF JUDGMENT

STATE OF ALASKA           )
                          ) ss:
THIRD JUDICIAL DISTRICT   )

Anecia Kritz, upon oath, deposes and says: I am the defendant in the foregoing matter; I know the contents of the Confession of Judgment and believe the same to be true

CONFESSION OF JUDGMENT
*Twin Hills Native Corp. v. Anecia Kritz*, Case No. _____
Page 2 of 3

and just; there are no offsets or credits due me; and I authorize judgment to be given against me in the amount of $22,000.00.

_____
Anecia Kritz

SUBSCRIBED AND SWORN to before me this 11th day of February, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: term - PLMR

### ASSENT OF PLAINTIFF

Defendant Twin Hills Native Corporation does hereby assent to the entry of judgment upon the Confession of Judgment set forth above.

TWIN HILLS NATIVE CORPORATION

By: _____
Fritz Sharp
Vice President

P:\CLIENT FILES\Twin Hills\Anecia Kritz\Confession of Judgment - Federal.doc

CONFESSION OF JUDGMENT
*Twin Hills Native Corp. v. Anecia Kritz,* Case No. _____
Page 3 of 3

FORTIER & MIKKO, P.C.   A PROFESSIONAL CORPORATION   101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222   FAX LINE (907) 277-4221