# PROMISSORY NOTE

$22,000

Togiak, Alaska
February 16, 2006

FOR VALUE RECEIVED, the undersigned promises to pay to the order of TWIN HILLS NATIVE CORPORATION, whose address is P.O. Box TWA, Twin Hills, AK 99576-8996, the principal sum of TWENTY-TWO THOUSAND DOLLARS AND NO/100THS ($22,000), plus interest thereon from January 1, 2005, at the rate of FIVE PERCENT (5%) PER ANNUM on the balance remaining from time to time unpaid. The said principal and interest shall be payable in annual payments of $2,849.22, commencing on the 1st day of August, 2006, and thereafter, on the 1st day of August of each year, until paid.

If default be made in the payment of any installment under this Note, and if default is not made good prior to the due date of the next installment, then and in that event the entire principal and accrued interest shall at once become due and payable at the option of the holder of this Note. Failure to exercise this option shall not constitute a waiver of the right to exercise the same in the event of any subsequent default. If any suit or action is instituted to collect this Note or any part thereof, the undersigned promises and agrees to pay, in addition to the costs and disbursements provided by statute, a reasonable sum as attorneys' fees in such suit or action.

This Note is secured by fixtures and equipment, pursuant to a security agreement of even date herewith.

The undersigned, whether principal, surety, guarantor, endorser, or other party hereto, agrees to be jointly and severally bound; severally waive any homestead or exemption right against said debt; waive demand, protest and notice of demand, protest and nonpayment; and expressly agrees that this Note or any payment hereunder may be extended from time to time, and consent may be given to the acceptance of further security, including other types of security, all without in any way affecting the liability of such parties.

The holder of this note shall not be entitled to receive payment of interest in excess of the maximum rate permitted by applicable law. In the event this note is construed to mean that it provides for payment of interest in excess of the maximum rate permitted by law, the interest shall be reduced to the maximum rate permitted by law, and any excess paid shall be refunded by application to principal or amounts not yet due, at the option of the holder of this Note, or if the indebtedness is paid in full, by refund to payor, maker, endorser or guarantor.

This Note and the execution, delivery and performance hereof, are governed by the laws of the State of Alaska.

*Anecia Kritz* (signature)
Anecia Kritz
P.O. Box 83
Togiak, AK 99678

P:\CLIENT FILES\Twin Hills\Anecia Kritz\Promissory Note.doc