Samuel J. Fortier
FORTIER & MIKKO, PC
101 West Benson Blvd., Suite 304
Anchorage, AK  99503
Phone:  (907) 277-4222
Fax#: (907) 277-4221
e-mail:  sfortier@fortmikk.alaska.com
Attorneys for Plaintiff Twin Hills Native Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TWIN HILLS NATIVE CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) ANECIA KRITZ, ) ) Defendant. ) ) | ) Case No._____ ) ) ) ) ) ) **ENTRY OF APPEARANCE** ) ) ) |

COMES NOW Samuel J. Fortier of Fortier & Mikko, P.C., and hereby enters his appearance as counsel on behalf of plaintiff Twin Hills Native Corporation.  It is requested that all documents, pleadings, and papers filed in this case be served on the undersigned at 101 W. Benson Blvd., Suite 304, Anchorage, Alaska 99503.

DATED this 5th day of July, 2006.

FORTIER & MIKKO, P.C.
Attorneys for Plaintiff

s/Samuel J. Fortier
101 W. Benson Blvd., Suite 304
Anchorage, AK  99503
Phone:  (907) 277-4222
Fax:  (907) 277-4221
E-mail:  sfortier@fortmikk.alaska.com
AK Bar No.  8211115

CERTIFICATE OF SERVICE

I CERTIFY that a copy of this document
was mailed on this 5th day of July, 2006 to:

Anecia Kritz
P.O. Box 83
Togiak, AK  99678

<u>s/Samuel J. Fortier</u>