Samuel J. Fortier
FORTIER & MIKKO, PC
101 West Benson Blvd., Suite 304
Anchorage, AK 99503
Phone: (907) 277-4222
Fax#: (907) 277-4221
e-mail: sfortier@fortmikk.alaska.com
Attorneys for Plaintiff Twin Hills Native Corporation

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TWIN HILLS NATIVE CORPORATION, )
)
Plaintiff, )
vs. ) Case No. 3:06-cv-165 RRB
)
ANECIA KRITZ, )
) JUDGMENT ON CONFESSION
Defendant. ) [28 U.S.C. §1874]
)

Defendant, Anecia Kritz, having confessed judgment in favor of plaintiff, Twin Hills Native Corporation, for moneys received in connection with a Native allotment, and this court therefore having original jurisdiction, pursuant to 28 U.S.C. §§1353, 1362;

IT IS HEREBY ORDERED, adjudged and decreed that judgment is returned in favor of plaintiff, Twin Hills Native Corporation, and against defendant Anecia Kritz as follows:

| | |
|---|---|
| Principal Amount | $ 22,000.00 |
| Prejudgment Interest | $ 1,642.47 |
| (5% per annum from 6/1/2005 through 6/30/2006) | |
| **TOTAL** | **$23,642.57** |

plus post-judgment interest, which shall accrue at the rate permitted at 28 U.S.C. §1961, __5.24__ %

DATED: __7/14/06__

**REDACTED SIGNATURE**
_____
United States District Court Judge

Certificate of Service

I CERTIFY that this document and its attachments were mailed on this 5th day of July, 2006 to:

Anecia Kritz
P.O. Box 83
Togiak, AK  99678

s//Samuel J. Fortier

FORTIER & MIKKO, P.C.  A PROFESSIONAL CORPORATION 101 W. Benson Blvd., Suite 304
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 277-4222  FAX LINE (907) 277-4221